**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-6562**

———————

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

 v.

ANTOWAN THORNE, a/k/a Smooth,

  Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:14-cr-00165-LMB-1)

———————

Submitted:  October 31, 2023                    Decided:  November 3, 2023

———————

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Antowan Thorne, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antowan Thorne appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. High*, 997 F.3d 181, 185, 187 (4th Cir. 2021). Upon review of the record, we conclude that the district court did not abuse its discretion in denying Thorne's motion. Accordingly, we affirm the district court's order. *United States v. Thorne*, No. 1:14-cr-00165-LMB-1 (E.D. Va. May 26, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*